IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                                         4:92cr4013-WS

MICHAEL MORGAN,                              4:04cv382-WS

       Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

     Before the court is the magistrate judge's report and recommendation (doc. 1634) docketed July 25, 2005.  The magistrate judge recommends that the defendant's amended motion to vacate sentence (doc. 1626) be summarily dismissed as untimely. The defendant has filed objections (doc. 1637) to the report and recommendation.

     Upon review of the record in light of the defendant's objections, the court has determined that the magistrate judge's report and recommendation must be adopted.

     Accordingly, it is ORDERED:

     1.  The magistrate judge's report and recommendation (doc. 1634) is adopted and incorporated by reference in this order of the court.

2. The defendant's amended motion to vacate sentence (doc. 1626) is hereby summarily DISMISSED as untimely.

3. The clerk shall enter judgment accordingly and shall close Case No. 4:04cv382-WS.

DONE AND ORDERED this August 19, 2005.

    /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE