IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


UNITED STATES OF AMERICA,

        Plaintiff,

v.                                       4:92cr4013-WS

MICHAEL MORGAN,                       4:09cv408-WS

        Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 1929) docketed December 23, 2009. The magistrate judge recommends that the defendant's "Appeal Motion Pursuant [to] Section 3742" be summarily dismissed as an attempt to file an unauthorized second or successive section 2255 motion. Although the defendant was granted an extension of time—until February 5, 2010—to file objections to the report and recommendation, no objections have been filed.

Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 1929) is hereby ADOPTED and incorporated by reference into this order.

2.  The defendant's "Appeal Motion Pursuant [to] Section 3742" (doc. 1918) is hereby summarily DISMISSED.

3.  The clerk shall enter judgment accordingly and shall close Case No. 4:09cv408-WS.

DONE AND ORDERED this ___18th___ day of ___February___, 2010.


        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE