IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

 Plaintiff,

v.                 4:92cr4013-WS

MICHAEL MORGAN,

 Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

 Before the court is the magistrate judge's report and recommendation (doc. 2065) docketed May 24, 2013. The magistrate judge recommends that the defendant's motion to vacate, set aside, or correct sentence (docs. 1991 & 2064) be summarily dismissed. The defendant has filed no objections to the report and recommendation.

 Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

 Accordingly, it is ORDERED:

 1. The magistrate judge's report and recommendation (doc. 2065) is hereby ADOPTED and incorporated by reference into this order.

 2. The government's motion to dismiss (doc. 1997) is GRANTED.

3.  The defendant's motion to vacate, set aside, or correct sentence (docs. 1991 & 2064) is hereby DISMISSED for lack of jurisdiction.

4.  The clerk shall enter judgment stating: "All claims are DISMISSED."

5.  A certificate of appealability is DENIED.

DONE AND ORDERED this ___27th___ day of ___June___, 2013.

                                        s/ William Stafford
                                        WILLIAM STAFFORD
                                        SENIOR UNITED STATES DISTRICT JUDGE